THE HONORABLE JOHN C. COUGHENOUR

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9  BRET WILLIAM ROSS,                              CASE NO. C25-5009-JCC-BAT

10                             Petitioner,          ORDER

11          v.

12  SCOTT SPEER,

13                             Respondent.

14

15         This matter comes before the Court on Petitioner Bret Ross's objections (Dkt. Nos. 6, 7)

16  to the report and recommendation ("R&R") of the Honorable Brian A. Tsuchida, United States

17  Magistrate Judge (Dkt. No. 4). Judge Tsuchida recommends the Court dismiss with prejudice

18  Mr. Ross's habeas petition. (*Id.* at 4.) Having thoroughly considered the briefing and the relevant

19  record, the Court hereby OVERRULES Plaintiff's objections and ADOPTS Judge Tsuchida's

20  R&R but dismisses the petition without prejudice.

21         According to the R&R, Mr. Ross filed two prior federal habeas petitions challenging the

22  same state court conviction as in the instant petition.[1] (Dkt. No. 4 at 2.) Both were dismissed.

23  (*Id.*) The Court dismissed the first on procedural grounds and the second on the merits (as

24  _____

25  [1] *See generally Ross v. Bennett*, Case No. C24-5528-TL, Dkt. No. 1 (W.D. Wash. 2024) (alleging
    unlawful seizure in violation of the Fourth Amendment); *Ross v. Bennett*, Case No. C24-5573-

26  TMC, Dkt. No. 1 (W.D. Wash. 2024) (alleging violation of Mr. Ross's Sixth Amendment right
    to jury trial).

ORDER
C25-5009-JCC-BAT
PAGE - 1

1    untimely). (*Id*.)

2        Judge Tsuchida now recommends dismissing the instant petition for failure to overcome

3    procedural and jurisdictional defects. (*See generally id*.) First, Judge Tsuchida recommends

4    treating Mr. Ross's petition as one under 28 U.S.C. § 2254 rather than 28 U.S.C. § 2241, as

5    § 2254 is the *only* habeas remedy available for a state court conviction. (*Id*. at 2.) Judge Tsuchida

6    next concludes that Mr. Ross's habeas petition is a second or successive one under 28 U.S.C.

7    § 2244(b)(2). (*Id*.) And as Judge Tsuchida rightfully notes, this Court lacks jurisdiction to

8    examine a second or successive petition unless authorized by the Ninth Circuit. (*Id*. at 2) (citing

9    § 2244(b)(3)). Judge Tsuchida aptly concludes that Mr. Ross failed to receive such authorization

10   here. (*Id*.) Judge Tsuchida further explains that the Court must dismiss a second or successive

11   petition unless it meets the exceptions laid out in 28 U.S.C. § 2244(b)(2), and observes that Mr.

12   Ross's petition fails to meet these exceptions. (*Id*. at 2–3.)

13       In objecting, Mr. Ross does not meaningfully address these defects or Judge Tsuchida's

14   ultimate recommendation. (*See generally* Dkt. Nos. 6, 7.) Instead, he lodges generic, non-

15   responsive arguments, including even an objection to a magistrate judge writing an R&R to

16   begin with. (*See generally* Dkt. Nos. 6, 7.) Mr. Ross's petition is therefore insufficient to trigger

17   *de novo* review of the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *see also* Fed. R.

18   Civ. P. 72(b)(2) (a party properly objects by filing "specific written objections"); *Simpson v.*

19   *Lear Astronics Corp.*, 77 F.3d 1170, 1175 (9th Cir. 1996) (describing the requirements for a

20   proper objection). As such, the Court need not consider Mr. Ross's objections or, by extension,

21   his petition.

22       The Court therefore OVERRULES Mr. Ross's objections (Dkt. Nos. 6, 7), ADOPTS the

23   R&R (Dkt. No. 4), DISMISSES Mr. Ross's petition without prejudice[2], DENIES leave to

24

25   _____

     [2] The R&R recommends dismissing Mr. Ross's petition *with* prejudice. (Dkt. No. 4 at 1.)
26   However, because the ultimate defect in Mr. Ross's petition is jurisdictional, the Court dismisses
     the petition *without* prejudice.

     ORDER
     C25-5009-JCC-BAT
     PAGE - 2

proceed *in forma pauperis* (Dkt. No. 1), DENIES a certificate of appealability, and DIRECTS

the Clerk to send copies of this order to Mr. Ross and Judge Tsuchida.

DATED this 19th day of February 2025.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C25-5009-JCC-BAT
PAGE - 3